## THE BELLEVILLE DISTRICT FAIR ASSOCIATION v. W. F. NOETLING, FOR USE, ETC.

[Opinion filed October 5, 1887.]

APPEAL from the Circuit Court of St. Clair County; the Hon. B. H. CANBY, Judge, presiding.

Messrs. DALE & BRADSHAW and WILLIAM WINKELMANN, for appellant.

Mr. EDWARD L. THOMAS, for appellee.

PILLSBURY, J. Garnishment—Judgment against garnishee, affirmed upon the evidence.

## WILLIAM D. MESSINGER v. HARLAN P. TRACY.

[Opinion filed November 23, 1887.]

IN ERROR to the County Court of Cook County; the Hon. RICHARD PRENDERGAST, Judge, presiding.

Mr. J. A. SLEEPER, for plaintiff in error.

Messrs. FLOWER, REMY & HOLSTEIN. for defendant in error.

*Per Curiam.* Promissory notes—Whether accommodation paper—Conflict of evidence—Judgment affirmed.